IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE CHARLES SPIVEY,

      Petitioner,                    No. CIV S-05-2223 GEB KJM P

   vs.

SCOTT KERNAN, et al.,

      Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Respondents filed their answer on January 29, 2007. Shortly thereafter, petitioner filed a motion asking that this action be dismissed without prejudice claiming that he has not exhausted state court remedies.

        Respondents ask that the court deny petitioner's motion because respondents have already filed an "extensive answer demonstrating that both of [petitioner's] claims are meritless and should be denied." Opp'n at 2:1-2. Understandably, respondents would prefer that this court reach the merits of petitioner's habeas application because respondents' work in this action is done. If petitioner were allowed to dismiss this case, he could file it again and then respondents would have to file another answer or other appropriate response. This does not appear to be a great hardship though because if petitioner were to file this action again, the court

1

1  assumes that respondents would either file the same answer that they have already filed or
2  something substantially similar.  The court notes that petitioner has not yet filed a traverse.  If
3  the court were to deny petitioner's motion, petitioner would be placed in the awkward position of
4  filing a traverse in a case he no longer wants to pursue or declining to file a traverse altogether.
5  The court is reluctant to demand that petitioner continue to work on a case he no longer wishes
6  to pursue; the minimal prejudice suffered by respondents if this matter is dismissed without
7  prejudice is not sufficient to require petitioner to continue.[1]

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Petitioner's request that this action be dismissed be granted; and

2. This action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  March 26, 2007.

_____
U.S. MAGISTRATE JUDGE

1
spiv2223.frs

---

[1] Under Federal Rule of Civil Procedure 41(a)(2) a court may grant a petitioner's request that a case be dismissed "on terms and conditions as the court deems proper."

2